IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONG VAN NGUYEN,

    Plaintiff,

v.

JEFFERSON SESSIONS, U.S. ATTORNEY GENERAL, *et al.*,

    Defendants.

Case No.: 18-cv-99-wmc

## ORDER

The parties to this case having jointly moved the Court to remand this matter to the United States Citizenship and Immigration Services so that said agency may render a decision on Plaintiff's naturalization application, it is hereby ORDERED that the motion is granted, and this matter is hereby remanded to said agency. It is further ORDERED that the agency shall render a decision on Plaintiff's application within 14 days from the date of this order.

Dated this 15th day of May, 2018.

WILLIAM M. CONLEY
District Court Judge